# EXHIBIT 1

tal Retail Rx Drugs - Michigan - Kaiser State Health Facts       http://www.statehealthfacts.org/profileind.jsp?ind=265&cat=5&rgn=24

  statehealthfacts.org

kff.org   kaiserhealthnews.org   kaiseredu.org

Choose a different State:
Michigan
Choose a different category...
Health Costs & Budgets

Print    Share    Email

## Michigan: Total Number of Retail Prescription Drugs Filled at Pharmacies, 2007

Compare Michigan to: United States

Health Costs & Budgets
- Health Expenditures by State of Residence
  - Total Health Spending
  - Health Spending by Service
  - Avg Annual % Growth
  - Health Spending per Capita
  - Health Spending per Capita by Service
  - Avg. Annual % Growth per Capita
- Health Expenditures by State of Provider
  - Total Health Spending
  - Health Spending by Service
  - Health Spending as % GSP
  - Avg Annual % Growth
- Prescription Drugs
  - Total Retail Rx Drugs
  - Total Sales for Retail Rx Drugs
  - Retail Rx Drugs Per Capita
  - Retail Rx Drugs by Age
  - Retail Rx Drugs by Gender
- Employer-Based Health Premiums
  - Single Coverage
  - Family Coverage
  - Employee-Plus-One Coverage
- Hospital Inpatient Day Expenses
  - Expenses per Inpatient Day
  - Expenses per Inpatient Day by Ownership
  - Trends in Expenses per Inpatient Day
  - Trends in Expenses by Ownership
- Tobacco Settlement Funds
  - Total Tobacco Funds
  - Distribution of Cumulative Total
- Mental Health Agency Expenditures
  - SMHA Expenditures
  - SMHA Expenditures Per Capita
- Correctional Health Care Expenditure
  - Corrections Health Care Expenditure

| Total Number of Retail Prescription Drugs Filled at Pharmacies, 2007 | | Compare |
|---|---|---|
| | MI # | US # |
| | 109,744,188 | 3,457,595,838 |

Notes/Sources (show)

Download these data    Other download options    Help

kff.org   kaiserhealthnews.org   kaiseredu.org





kff.org | kaiserhealthnews.org | kaiseredu.org

Print | Share | Email

Choose a different State:
Michigan
Choose a different category...
Health Costs & Budgets

## Michigan: Total Retail Sales for Prescription Drugs Filled at Pharmacies, 2007

Compare Michigan to: United States

Health Costs & Budgets
- Health Expenditures by State of Residence
  - Total Health Spending
  - Health Spending by Service
  - Avg. Annual % Growth
  - Health Spending per Capita
  - Health Spending per Capita by Service
  - Avg. Annual % Growth per Capita
- Health Expenditures by State of Provider
  - Total Health Spending
  - Health Spending by Service
  - Health Spending as % GSP
  - Avg. Annual % Growth
- Prescription Drugs
  - Total Retail Rx Drugs
  - Total Sales for Retail Rx Drugs
  - Retail Rx Drugs Per Capita
  - Retail Rx Drugs by Age
  - Retail Rx Drugs by Gender
- Employer-Based Health Premiums
  - Single Coverage
  - Family Coverage
  - Employee-Plus-One Coverage
- Hospital Inpatient Day Expenses
  - Expenses per Inpatient Day
  - Expenses per Inpatient Day by Ownership
  - Trends in Expenses per Inpatient Day
  - Trends in Expenses by Ownership
- Tobacco Settlement Funds
  - Total Tobacco Funds
  - Distribution of Cumulative Total
- Mental Health Agency Expenditures
  - SMHA Expenditures
  - SMHA Expenditures Per Capita
- Correctional Health Care Expenditure
  - Corrections Health Care Expenditure

| Total Retail Sales for Prescription Drugs Filled at Pharmacies, 2007 | | Compare |
| --- | --- | --- |
| | MI $ | US $ |
| | $6,600,557,876 | $202,249,087,152 |

Notes/Sources (show)

Download these data | Other download options | Help