# EXHIBIT 3



# The Power of One
CVS Caremark Corporation 2007 Annual Report

## Dear Shareholder:

The past year set the stage for a new chapter in our company's history as we completed the transformational merger of CVS Corporation and Caremark Rx, Inc. We are now the largest integrated provider of prescriptions and related health services in the United States, filling or managing more than a quarter of all prescriptions in the nation. Beyond the sheer scale of our operations, CVS Caremark is positioned to improve access for patients, promote better health outcomes, and control payor costs in a way that no pharmacy retailer or PBM could do separately. Our unique model provides us with a significant opportunity to gain share and create new sources of growth going forward.

It was a very successful year on a number of other fronts as well. Here are some highlights of our key accomplishments:

- CVS Caremark posted record revenue and earnings, driven by solid performance in both the retail and pharmacy services segments.

- We opened 275 new or relocated CVS/pharmacy stores and saw continued improvement in sales and profits in the stores we acquired from Albertson's, Inc., in 2006, and from J.C. Penney in 2004.

- Caremark Pharmacy Services signed up $2.1 billion in new business, a clear sign that payors understand the potential benefits of our combination.

- We opened 316 MinuteClinics, increasing our total at year-end to 462 clinics in 25 states. That's about four times the number operated by our nearest competitor.

- We attained our goal of generating $2 billion in free cash flow, and we launched a $5 billion share repurchase program that we completed in the first quarter of 2008.

- Even in the midst of all this activity, we remained keenly focused on service, execution, and expense control across the company.

Total revenues rose 74.2 percent to a record $76.3 billion. In our CVS/pharmacy segment, same store sales rose 5.3 percent. Gross margins increased in both our retail and PBM businesses, due largely to significant generic drug introductions and purchasing synergies resulting from the merger. Net earnings climbed 92.6 percent to $2.6 billion, or $1.92 per diluted share.

Turning to CVS Caremark's stock performance, the 29.3 percent total return on our shares far surpassed the modest numbers posted by the S&P 500 Index and the Dow Jones Industrial Average (DJIA) in 2007. Our three-year performance is just as impressive. While the S&P 500 and the DJIA returned 21.2 percent and 23.0 percent, respectively, CVS shares returned 78.4 percent.

We're going to offer services that no other competitor can match. In the short time since completing our merger, we've made substantial progress in integrating our two companies. We brought Pharma-Care, CVS' legacy PBM business, under the Caremark umbrella, connected all our back-end systems, and are set to achieve more than

$700 million in cost-saving synergies in 2008. That's over 50 percent higher than our original target at the time we first announced the merger.

We've also made important progress in developing differentiated offerings that we believe will lead to enhanced growth for our company over time. Obviously, we're offering payors and patients all the services they would expect from a world-class PBM; however, we plan to take those services a step further.

For example, let's take the area of compliance. One of the simplest ways for a PBM to control payor costs and improve outcomes is by encouraging patients to take the medicine prescribed to them and to renew their prescriptions promptly. Any PBM has the capability to do this by contacting these patients over the telephone or by mail.

However, face-to-face interaction is far more effective, and our CVS/pharmacy stores give us the unique capability to get closer to the consumer. We're developing programs that tap into the combined 23,000 pharmacists and MinuteClinic practitioners in our locations across the country.

We also intend to build upon our No. 1 position in the high-growth specialty pharmacy market, leverage our ExtraCare card and all its unique benefits among our millions of covered lives, enhance our health management programs, and increase use of MinuteClinic by our PBM clients. We'll implement some of our initiatives relatively quickly; others will happen over time.

We're leveraging opportunities for greater profitability in the pharmacy. In both our retail and mail order pharmacies, we are benefiting from the aging population, greater utilization among seniors due to Medicare Part D, and the increasing use of generic drugs. Although their lower prices depress revenue growth and we continue to see pressure on pharmacy reimbursement rates, generics are more profitable than brand name drugs and help drive margin expansion. Moreover, CVS Caremark is now the largest purchaser of generic drugs in the United States, which enables us to drive down costs.

In 2007, the company had a 63 percent generic dispensing rate at retail. With approximately $70 billion in branded drug sales coming off patent in the next five years, we expect that figure to rise to 75 percent by 2012. We should see similar gains for Caremark's PBM business, whose generic dispensing rate is currently at 60 percent.

"In the short time since completing our merger, we've made substantial progress in integrating our two companies. We brought PharmaCare, CVS' legacy PBM business, under the Caremark umbrella, connected all our back-end systems, and are set to achieve more than $700 million in cost-saving synergies in 2008. That's over 50 percent higher than our original target at the time we first announced the merger."

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

In addition, our pharmacy services business participates in the administration of the Medicare Part D drug benefit through the provision of pharmacy benefit management ("PBM") services to health plan clients as well as clients that have qualified as a Medicare Part D prescription drug plan. Caremark also participates by offering Medicare Part D benefits through our SilverScript Insurance Company ("SilverScript") subsidiary, which sponsors one of the top 10 Medicare Part D prescription drug plans in the country. In addition, PharmaCare, through a joint venture with Universal American Financial Corp., also participates in the offering of Medicare Part D pharmacy benefits by affiliated entities of Universal American.

Our pharmacy services business generates net revenues primarily by contracting with clients to provide prescription drugs to plan participants. Prescription drugs are dispensed by our mail order pharmacies, our specialty pharmacies and by retail pharmacies in our national network (including CVS/pharmacy stores). Net revenues are also generated by providing to clients certain additional services, including administrative services like claims processing and formulary management as well as healthcare related services like disease management.

Our pharmacy services business operates under the Caremark Pharmacy Services, PharmaCare Management Services and PharmaCare Pharmacy names. As of December 29, 2007, the pharmacy services business operated 56 retail specialty pharmacy stores, 20 specialty mail order pharmacies and 9 mail order pharmacies located in 26 states and the District of Columbia.

### Results of Operations and Industry Analysis

Summary of the Consolidated Financial Results

The Company's fiscal year is a 52 or 53 week period ending on the Saturday closest to December 31. Fiscal 2007, which ended on December 29, 2007, fiscal 2006, which ended on December 30, 2006, and fiscal 2005, which ended on December 31, 2005, each included 52 weeks. Unless otherwise noted, all references to years relate to these fiscal years.

| | Fiscal Year Ended | | |
|---|---|---|---|
| In millions, except per common share amounts | 2007 | 2006 | 2005 |
| Net revenues | $ 76,329.5 | $ 43,821.4 | $ 37,006.7 |
| Gross profit | 16,107.7 | 11,742.2 | 9,694.6 |
| Total operating expenses | 11,314.4 | 9,300.6 | 7,675.1 |
| Operating profit | 4,793.3 | 2,441.6 | 2,019.6 |
| Interest expense, net | 434.6 | 215.8 | 110.5 |
| Earnings before income tax provision | 4,358.7 | 2,225.8 | 1,909.0 |
| Income tax provision | 1,721.7 | 856.9 | 684.3 |
| Net earnings | $ 2,637.0 | $ 1,368.9 | $ 1,224.7 |
| Diluted earnings per common share | $ 1.92 | $ 1.60 | $ 1.45 |

*Net revenues* increased $32.5 billion during 2007 primarily due to (i) the Caremark Merger, which resulted in an increase in Pharmacy Services revenue of $26.5 billion, and (ii) the inclusion of a full year of financial results and growth of the Standalone Drug Business, which resulted in an increase in Retail Pharmacy revenue of $2.2 billion. Net revenues increased $6.8 billion during 2006 primarily due to the acquisition of the Standalone Drug Business.

*Gross profit* increased $4.4 billion during 2007 due primarily to the Caremark Merger. We achieved approximately $400 million in purchasing and operating synergies (the vast majority of which were purchase related) resulting from the Caremark Merger. In addition, we continued to benefit from the increased utilization of generic drugs (which normally yield a higher gross profit rate than equivalent brand name drugs) in both the Retail Pharmacy and Pharmacy Services segments. During 2006, gross profit increased $2.0 billion primarily due to increased utilization of generic drugs in both the Retail Pharmacy and Pharmacy Services segments. However, the increased use of generic drugs has resulted in pressure to decrease reimbursement payments to retail and mail order pharmacies for generic drugs. We expect this trend to continue.

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

During 2007, the Pharmacy Services Segment's results of operations were significantly affected by the Caremark Merger. As such, the primary focus of our Pharmacy Services Segment discussion is on the comparable financial information for 2007 and 2006. Prior to the Caremark Merger, our pharmacy services business did meet the threshold for separate disclosure and the trends for the pharmacy services business, which was comprised of our PharmaCare subsidiary, did not differ materially from the trends for the consolidated Company. Consequently, we do not believe that a comparison of the historical financial results for 2006 as compared to the 2005 historical financial results provides meaningful information.

*Net revenues.* As you review our Pharmacy Services Segment's revenue performance, we believe you should consider the following important information:

- During 2007, the Caremark Merger significantly affected net revenues. The addition of Caremark's operations effective March 22, 2007 caused net revenues to increase approximately $29.8 billion during 2007.

- The Pharmacy Services Segment recognizes revenues for its national retail pharmacy network transactions based on individual contract terms. In accordance with Emerging Issues Task Force Issue No. 99-19, "Reporting Revenue Gross as a Principal versus Net as an Agent", ("EITF 99-19"), Caremark's contracts are predominantly accounted for using the gross method whereas, prior to September 2007, PharmaCare's contracts were accounted for using the net method. Effective September 1, 2007, we converted a number of the PharmaCare retail pharmacy network contracts to the Caremark contract structure, which resulted in those contracts being accounted for using the gross method. As a result, net revenues increased by approximately $1.0 billion during 2007. Please see Note 1 to the consolidated financial statements for further information about the Pharmacy Services Segment's revenue recognition policies.

- Changes in mail service and retail network revenue are primarily impacted by changes in pharmacy claims processed, drug cost inflation, customer and claims mix, customer pricing and generic dispensing rates. Increases in generic dispensing rates have the effect of reducing total net revenues. Our business model is built around the alignment of our financial interests with those of our customers and their participants by making the use of prescription drugs safer and more affordable. Our clients and their participants benefit from the lower cost of generic drugs. Our net revenues are reduced as generic dispensing rates increase, however, our gross profit and gross profit margins generally increase with the corresponding increase in generic dispensing rates since generic drug revenues normally yield a higher gross profit rate than equivalent brand name drug revenues.

- During 2007, on a comparable basis, mail service claims processed increased to 73.9 million, or 0.9%. Our average revenue per mail service claim increased by 7.2%. Average revenue per mail service claim was impacted primarily by claims mix, generic dispensing rates and drug inflation. Specialty mail service claims, which have significantly higher average net revenues per claim, increased our average revenue per mail claim by 5.0%. In addition, our average revenue per mail service claims increased 2.2% primarily due to drug cost inflation offset by an increase in the percentage of generic drugs dispensed. Mail service generic dispensing rates increased to 48.1% in 2007, compared to 43.3% in 2006. The 480 basis point increase in generic dispensing rate was primarily attributable to new generic drug introductions during 2007 and 2006 as well as our continued efforts to encourage plan participants to utilize generic drugs when available. During 2007, average revenue per specialty mail service claim increased 18.1%. The 18.1% increase primarily related to changes in the mix of specialty drug therapies we dispensed in 2007 from 2006 and drug cost inflation.

- During 2007, on a comparable basis, retail network claims processed increased to 533.3 million claims compared to 532.6 million in 2006. Average revenue per retail network claim processed increased by 6.2%. The $1.0 billion change in revenue recognition for PharmaCare contracts previously discussed and the impact of the change in revenue recognition from net to gross for a health plan contract effective in the second quarter of 2006, increased our average revenue per retail network claim process by approximately 5.6%. In addition, our average revenue per retail network claim processed increased approximately 0.6% primarily due to drug cost inflation offset by an increase in the percentage of generic drugs dispensed. Our retail network generic dispensing rate increased to 61.7%

MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

in 2007, compared to 57.4% in 2006. The 430 basis point increase in generic dispensing rate was comparable to that in our mail service claims and is attributable to the same industry dynamics. We anticipate that our generic dispensing rates will increase in future periods, however, the magnitude of the increases will be determined by new generic drug introductions and our efforts to encourage plan participants to utilize generic drugs when available.

- During 2007, net revenues benefited from our participation in the administration of the Medicare Part D Drug Benefit through the provision of PBM services to our health plan clients and other clients that have qualified as a Medicare Part D Prescription Drug Plan ("PDP"). We also participate (i) by offering Medicare Part D benefits through our subsidiary, SilverScript, which has been approved by CMS as a PDP in all regions of the country and (ii), by assisting employer, union and other health plan clients that qualify for the retiree drug subsidy available under Medicare Part D by collecting and submitting eligibility and/or drug cost data to CMS for them as required under Part D in order to obtain the subsidy and (iii) through a joint venture with Universal American Financial Corp. ("UAFC"), which sponsors Prescription Pathways, an approved PDP.

Both SilverScript and Prescription Pathways were in the top ten PDPs in the country in terms of enrollment during 2007. Revenues related to SilverScript and our joint venture with UAFC are comparable between 2007 and 2006. The majority of these revenues are included in our retail network revenue due to the high level of retail network utilization within the Medicare Part D program.

In February 2008, the Company and UAFC agreed to dissolve this joint venture at the end of the 2008 plan year and to divide responsibility for providing Medicare Part D services to the affected Prescription Pathways plan members beginning with the 2009 plan year. The terms of this agreement are subject to regulatory approval.

*Gross profit* includes net revenues less cost of revenues. Cost of revenues includes the cost of pharmaceuticals dispensed, either directly through our mail service and specialty retail pharmacies or indirectly through our national retail pharmacy network, shipping and handling costs and the operating costs of our mail service pharmacies, customer service operations and related information technology support. Gross profit as a percentage of revenues was 8.6% in 2007. This compares to 12.4% in 2006 and 11.7% in 2005.

During 2007, the Caremark Merger significantly affected our gross profit. As you review our Pharmacy Services Segment's performance in this area, we believe you should consider the following important information:

- As discussed above, our national retail network contracts are reviewed on an individual basis to determine if the revenues should be accounted for using the gross or net method under applicable accounting rules. Under these rules the majority of Caremark's national retail network contracts are accounted for using the gross method, resulting in increased revenues, increased cost of revenues and lower gross profit rates. The conversion of PharmaCare contracts to the Caremark contract structure, effective September 2007, also resulted in increased revenues, increased cost of revenues and lower gross profit margins. The change in revenue recognition had no impact on the actual gross profit amount.

- During 2007, on a comparable basis, our gross profit as a percentage of total net revenues was 8.2%. This compares to the gross profit as a percentage of total net revenues of 7.0% in 2006.

- During 2007, on a comparable basis, our gross profit rate benefited from a portion of the significant purchasing synergies resulting from the Caremark Merger. We expect the benefit from purchasing synergies to continue to positively impact our pharmacy gross profit rate through fiscal 2008.

- During 2007, on a comparable basis, our gross profit rate benefited from an increase in our generic dispensing rates. Total generic dispensing rates increased to 60.1% in 2007, compared to 55.8% in 2006. As previously discussed, our net revenues are reduced as generic dispensing rates increase, however, our gross profit and gross profit margins generally increase with the corresponding increase in generic dispensing rates. However, the increased use of generic drugs is increasing the pressure from clients to reduce pharmacy reimbursement payments for generic drugs.