# EXHIBIT 4





Tom Ryan | Chairman of the Board, President & CEO

Today, we are the nation's largest pharmacy health care company. With U.S. health care costs expected to reach more than $4 trillion annually over the next decade, we are beginning to deliver healthy outcomes for patients and driving down costs in ways that no other company in our industry can.

Here are just a few of the year's many accomplishments:

- CVS Caremark generated record revenue and earnings, achieved industry-leading same-store sales growth, and continued to gain share across our businesses.

- We introduced our Proactive Pharmacy Care offerings, which are designed to make pharmacy care more accessible and lower overall health care costs for patients and payors.

- Our PBM added more than 90 new clients during our latest selling season, which will generate approximately $7 billion in revenue for us in 2009.

- We completed the acquisition of Longs Drug Stores and its PBM, RxAmerica*, in October 2008 and also opened 317 new or relocated CVS/pharmacy stores.

Although we are not immune to the recession, we continued to enjoy strong growth in 2008. Total revenues rose 14.6 percent to $87.5 billion. Driven in part by record operating margins, net earnings increased 21.8 percent. A number of factors fueled our margin gains, with continued growth in generic drugs leading the way.

Along with our strong free cash flow generation, I'm happy to report that we faced virtually none of the liquidity issues that sent shockwaves across so much of the business landscape

CVS CAREMARK

Gross profit increased $2.2 billion and $1.1 billion in 2008 and 2007 respectively.

Total operating expenses for 2008 were led by a $40.3 million charge upon adoption of Staff Accounting Bulletin considering the Effects of Prior Year Misstatements when Quantifying Misstatements in Current Year Financial [Statements].

| | 2008 | | |
|---|---|---|---|
| | $ 529.8 | | |
| | (20.3) | | |
| | $ 509.5 | | |