# EXHIBIT 6



# Care & Convenience
## ...in Communities across America



# Walgreens

2008 Annual Report

were 95.3% of prescription sales in 2008, 94.8% in 2007 and 93.1% in 2006. The total number of prescriptions filled was approximately 617 million in 2008, 583 million in 2007 and 530 million in 2006.

Front-end sales increased 10.0% in 2008, 12.2% in 2007 and 10.9% in 2006. Front-end sales were 35.1% of total sales in fiscal 2008, 35.0% in 2007 and 35.7% in 2006. The increase is due in part to improved sales dollars related to non-prescription drugs, beauty, household, personal care products and convenience foods. Comparable drugstore front-end sales increased 4.2% in 2008, 5.8% in 2007 and 5.3% in 2006.

Gross margin as a percent of sales decreased to 28.2% in 2008 from 28.4% in 2007. Overall margins were negatively impacted by non-retail businesses, including specialty pharmacy, which have lower margins and are becoming a greater part of the total business. This was partially offset by an improvement in retail pharmacy margins, which were positively influenced by generic drug sales, but to a lesser extent negatively influenced by the growth in third party pharmacy sales. Front-end margins remained essentially flat from the prior year as a positive shift in sales mix was offset by increased promotions. Gross margin as a percent of sales increased to 28.4% in 2007 from 27.8% in 2006. Retail pharmacy margins increased as a result of growth in generic drug sales. Front-end margins increased as a result of a shift in sales mix to higher margin items. These increases were partially offset by the growth in Medicare Part D and third party pharmacy sales. In addition, the continuing shift toward the pharmacy business, which carries a lower margin than front-end merchandise, also negatively impacted margins.

We use the last-in, first-out ("LIFO") method of inventory valuation. The LIFO provision dependent upon inventory levels, inflation rates and merchandise mix. The effective LIFO inflation rates were 1.28% in 2008, 1.04% in 2007 and 1.53% in 2006, which resulted in charges to cost of sales of $99 million in 2008, $69 million in 2007 and $95 million in 2006. Inflation on prescription inventory was 2.65% in 2008, .71% in 2007 and 2.37% in 2006. In all three fiscal years, we experienced deflation in some non-prescription inventories.

Gross profit increased 9.2% in 2008 compared to increases of 15.8% in 2007 and 11.7% in 2006. The decrease from the prior year is due to lower sales growth in comparison to last year and lower gross profit contribution from generic versions of the name brand drugs Zocor and Zoloft. The increase in 2007 from 2006 was attributed to higher gross profit contributions from generic versions of Zocor and Zoloft along with increased sales growth.

Selling, general and administrative expenses were 22.4% of sales in fiscal 2008, 22.5% in fiscal 2007 and 22.1% in fiscal 2006. In the current year, lower provisions for legal matters were offset by higher store level expenses as a percentage of sales. The current year was also benefited by a positive adjustment of $79 million, which corrected for historically over-accruing the company's vacation liability. The increase in fiscal 2007 as compared to fiscal 2006 was due to higher store level salaries and expenses, provisions for legal matters and higher intangible asset amortization and administrative costs related to acquisitions.

Selling, general and administrative expenses increased 9.2% in fiscal 2008, 15.5% in fiscal 2007 and 11.8% in fiscal 2006. Although store level salaries and expenses increased at a faster rate than sales, the rate of growth for the current year was lower than fiscal 2007. Lower provisions for legal matters and insurance also contributed to the improvement for the current year. In fiscal 2007, the rate of growth for store level salaries and expenses was higher than fiscal 2006. In addition, higher provisions for legal matters, amortization and administrative costs related to acquisitions drove the increase from 2006.

Interest was a net expense of $11 million for fiscal 2008 as compared to net interest income of $38 million and $52 million in fiscal 2007 and 2006, respectively. The change in net interest over the prior year is attributed to higher short-term borrowings, the issuance of long-term debt and lower short-term investments available for sale. Interest expense for the current year is net of $19 million, which was capitalized to construction projects. Last year we capitalized $6 million of interest to construction projects. As a result of our long-term bond offering, interest expense and the amount capitalized to construction projects was higher than the prior year. The reduction in net interest income from fiscal 2006 to fiscal 2007 was due to lower short-term investment balances as cash was used to fund business acquisitions and stock repurchases.

The effective income tax rate was 37.1% for fiscal 2008, 36.0% for 2007 and 36.4% for 2006. Fiscal 2007 reflects the favorable resolution of a multiyear state tax matter and a lower effective state tax rate as compared to the prior year. Fiscal 2006 reflects the favorable settlement of prior years' Internal Revenue Service matters.

### Critical Accounting Policies

The consolidated financial statements are prepared in accordance with accounting principles generally accepted in the United States of America and include amounts based on management's prudent judgments and estimates. Actual results may differ from these estimates. Management believes that any reasonable deviation from those judgments and estimates would not have a material impact on our consolidated financial position or results of operations. To the extent that the estimates used differ from actual results, however, adjustments to the statement of earnings and corresponding balance sheet accounts would be necessary. These adjustments would be made in future statements. Some of the more significant estimates include goodwill and other intangible asset impairment, allowance for doubtful accounts, vendor allowances, liability for closed locations, liability for insurance claims, cost of sales and income taxes. We use the following methods to determine our estimates:

*Goodwill and other intangible asset impairment* – Goodwill and other indefinite-lived intangible assets are not amortized, but are evaluated for impairment annually or whenever events or changes in circumstances indicate that the value of a certain asset may be impaired. The process of evaluating goodwill for impairment involves the determination of fair value. Inherent in such fair value determinations are certain judgments and estimates, including the interpretation of economic indicators and market valuations and assumptions about our business plans. We have not made any material changes to the method of evaluating goodwill and intangible asset impairments during the last three years. Based on current knowledge, we do not believe there is a reasonable likelihood that there will be a material change in the estimate or assumptions used to determine impairment.

*Allowance for doubtful accounts* – The provision for bad debt is based on both specific receivables and historic write-off percentages. We have not made any material changes to the method of estimating our allowance for doubtful accounts during the last three years. Based on current knowledge, we do not believe there is a reasonable likelihood that there will be a material change in the estimate or assumptions used to determine the allowance.

*Vendor allowances* – Vendor allowances are principally received as a result of purchase levels, sales or promotion of vendors' products. Allowances are generally recorded as a reduction of inventory and are recognized as a reduction of cost of sales when the related merchandise is sold. Those allowances received for promoting vendors' products are offset against advertising expense and result in a reduction of selling, general and administrative expenses to the extent of advertising incurred,