UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| GRAPHIC COMMUNICATIONS LOCAL 1B HEALTH & WELFARE FUND "A"; and THE TWIN CITIES BAKERY DRIVERS HEALTH AND WELFARE FUND, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>CVS CAREMARK CORPORATION; CVS PHARMACY, INC.; CAREMARK, LLC; CAREMARK MINNESOTA SPECIALTY PHARMACY, LLC; CAREMARK MINNESOTA SPECIALTY PHARMACY HOLDING, LLC; COBORN'S, INCORPORATED; KMART HOLDING CORPORATION; SEARS, ROEBUCK AND CO.; SEARS HOLDINGS CORPORATION; SNYDER'S DRUG STORES (2009), INC.; SNYDER'S HOLDINGS (2009), INC.; SNYDER'S HOLDINGS, INC.; TARGET CORPORATION; WALGREEN CO.; and WAL-MART STORES, INC.,<br><br>  Defendants. | Civil Action No. 0:09-cv-02203-JMR-FLN |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2009, I caused the following document:

***Plaintiffs' First Amended Complaint and Jury Demand*** 

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

**Aaron B. Biber, aaron.biber@gpmlaw.com**

**Robert H. Griffith, rgriffith@foley.com**

**Frank E. Pasquesi, fpasquesi@foley.com**

**Jason J. Stover, jason.stover@gpmlaw.com**

**Andrea K. Zollett, azollett@foley.com**

**Britt M. Gilbertson, bgilbertson@briggs.com**

**Gregory J. Stenmoe, gstenmoe@briggs.com**

**Perrin Rynders, prynders@varnumlaw.com**

**Bryan R. Walters, brwalters@varnumlaw.com**

**Tracy J. Van Steenburg, tvan@halleland.com**

**James K. Langdon, langdon.jim@dorsey.com**

**Wendy J. Wildung, wwildung@faegre.com**

**Joseph J. Cassioppi, jcassioppi@fredlaw.com**

**David R. Marshall, dmarshall@fredlaw.com**

**David A. Applebaum, david.applebaum@leonard.com**

**Todd A. Noteboom, todd.noteboom@leonard.com**

**Craig S. Coleman, ccoleman@faegre.com**

**Tina–NA M. Tabacchi–Not Admitted**

**Adam–NA W. Wiers–Not Admitted**

Date: August 28, 2008         /s/ David L. Hashmall
                              David L. Hashmall
                              Attorney for Plaintiffs
                              Felhaber, Larson, Fenlon & Vogt, P.A.
                              220 South Sixth Street, Suite 2200
                              Minneapolis, MN 55402-4302

2867603_1.DOCX