IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| GRAPHIC COMMUNICATIONS LOCAL 1B HEALTH & WELFARE FUND "A"; and THE TWIN CITIES BAKERY DRIVERS HEALTH AND WELFARE FUNDS, individually and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CVS CAREMARK CORPORATION; CVS PHARMACY, INC.; CAREMARK, LLC; CAREMARK MINNESOTA SPECIALTY PHARMACY HOLDING LLC; COBORN'S INCORPORATED; KMART HOLDING CORPORATION; SEARS, ROEBUCK AND CO.; SEARS HOLDINGS CORPORATION; SNYDER'S DRUG STORES (2009); SNYDER'S HOLDINGS, INC. (2009); TARGET CORPORATION; WALGREEN CO.; and WAL-MART STORES, INC.,<br><br>　　　　　　　　Defendants. | Civil No. 09-cv-02203-JMR-JSM<br><br><br><br>**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Defendants CVS Caremark Corporation, CVS Pharmacy, Inc., Caremark, LLC. Caremark Minnesota Specialty Pharmacy, LLC, Caremark Minnesota Specialty Pharmacy Holding, LLC, Coborn's Incorporated, Kmart Holding Corporation, Sears, Roebuck and Co., Sears Holdings Corporation, Snyder's Drug Stores (2009), Inc., Snyder's Holdings (2009), Inc., Snyder's Holdings, Inc., Target Corporation; Walgreen Co., and Wal-Mart Stores, Inc., hereby move pursuant to Rules 8(a), 9(b), 12(b)(6), and 12(b)(1) of the Federal Rules of Civil Procedure for an order dismissing the Second Amended Complaint with prejudice.

The grounds for this motion are that the Second Amended Complaint fails to plead sufficient facts showing that plaintiffs are entitled to the relief sought, as is required by Rule 8(a); that it fails to plead alleged fraud with particularity, as is required by Rule 9(b); that it fails to state a claim upon which relief may be granted, as is required by Rule 12(b)(6); and that plaintiffs lack standing to bring the claims alleged, as is required by Rule 12(b)(1).

This motion is based upon all of the files, records, and proceedings in this action, and upon the Memorandum in Support of Defendants' Motion to Dismiss that will be filed in accordance with Local Rule 7.1(b)(1).

|  |  |
|---|---|
|  | **GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.** |
| Date:  December 4, 2009. | By   /s/ Aaron Biber<br>Aaron F. Biber (#189376)<br>Jason J. Stover (#030573x)<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>Telephone:  (612) 632-3394<br><br>*Of Counsel:*<br>**FOLEY & LARDNER LLP**<br>Frank E. Pasquesi<br>Robert H. Griffith<br>Andrea K. Zollett<br>321 N. Clark Street, Suite 2800<br>Chicago, IL  60654<br>Telephone:  (312) 832-4500<br><br>Attorneys for Defendants CVS Caremark Corporation; CVS Pharmacy, Inc.; Caremark, LLC; Caremark Minnesota Specialty Pharmacy, LLC; and Caremark Minnesota Specialty Pharmacy Holding, LLC |
|  | **DORSEY & WHITNEY** |
| Date:  December 4, 2009. | By   /s/ James Langdon<br>James K. Langdon (#171931)<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN  55402-1498<br>Telephone:  (612) 340-2600<br><br>Attorneys for Defendants Snyder's Drug Stores (2009), Inc.; Snyder's Holdings (2009), Inc.; and Snyder's Holdings, Inc. |

**BRIGGS AND MORGAN, P.A.**

Date:  December 4, 2009.          By   /s/ Britt Gilbertson
    Gregory J. Stenmoe (#131155)
    Britt M. Gilbertson (#034977x)
    2200 IDS Center
    80 South 8th Street
    Minneapolis, MN  55402
    Telephone:  (612)  977-8400

    Attorneys for Defendant Coborn's Incorporated


**HALLELAND LEWIS NILAN & JOHNSON, P.A.**

Date:  December 4, 2009.          By   /s/ Tracy Van Steenburgh
    Tracy J. Van Steenburgh (#141173)
    600 U.S. Bank Plaza South
    220 South Sixth Street
    Minneapolis, MN  55402
    Telephone:  (612)  338-1838

    - and -

    **DYKEMA GOSSETT PLLC**
    Todd Grant Cattoni (P47843)
    Jill M. Wheaton (P49921)
    Lisa A. Brown (P67208)
    2723 S. State Street, Suite 400
    Ann Arbor, MI  48104
    Telephone:  (734)  214-7629

    Attorneys for Defendants Kmart Holding Corporation; Sears, Roebuck & Co.; and Sears Holdings Corporation

                                **FREDRIKSON & BYRON, P.A.**

Date:  December 4, 2009.        By  /s/ Adam W. Wiers
                                           David R. Marshall (#184457)
                                           Joseph J. Cassioppi (#388238)
                                           200 South Sixth Street, Suite 4000
                                           Minneapolis, MN  55402
                                           Telephone:  (612)  492-7000

                                           - and -

                                           **JONES DAY**
                                           Tina M. Tabacchi
                                           Adam W. Wiers
                                           77 West Wacker
                                           Chicago, IL  60601-1692
                                           Telephone:  (312)  782-3939

                                           Attorneys for Defendant Wal-Mart Stores, Inc.


                                           **LEONARD, STREET AND DEINARD**
                                            **Professional Association**

Date:  December 4, 2009.        By  /s/ William L. Greene
                                             William L. Greene (#198730)
                                           Todd A. Noteboom (#240047)
                                           David A. Applebaum (#350606)
                                           150 South Fifth Street, Suite 2300
                                           Minneapolis, MN  55402
                                           Telephone:  (612)  335-1500

                                           Attorneys for Defendant Walgreen Co.

                                      **FAEGRE & BENSON LLP**

Date:  December 4, 2009.        By      /s/ Craig Coleman
                                                     Wendy J. Wildung (#117055)
                                                     Craig S. Coleman (#0325491)
                                                     2200 Wells Fargo Center
                                                     90 South Seventh Street
                                                     Minneapolis, MN  55402-3901
                                                     Telephone:  (612)  766-7000

                                                     Attorneys for Defendant Target Corporation

fb.us.4417274.01