# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 11, 2011

Ms. Tina M Tabacchi
JONES & DAY
Suite 3500
77 W. Wacker Drive
Chicago, IL  60601-1692

      RE:  11-1067  Graphic Communications, et al v. CVS Caremark Corporation, et al

Dear Ms. Tabacchi:

      Enclosed is a copy of an order granting permission to appeal. Pursuant to the order, we have transferred Case No. 10-8022 from the Miscellaneous Docket to the Regular Docket and have assigned it the caption and case number shown above. Please use the new Regular Docket caption and number on all correspondence and pleadings submitted to the court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      Pursuant to Federal Rule of Appellate Procedure 3(e), you must now pay the $455 filing and docketing fees to the United States District Court.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs are available on the court's website.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file a brief will result in the issuance of an order to show cause and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of the Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

        Michael E. Gans
        Clerk of Court

CBC

Enclosure(s)

cc:    Mr. Joseph Cassioppi
       Mr. Craig S Coleman
       Ms. Lorilee K. Fink
       Mr. Todd Grant Gattoni
       Ms. Britt M. Gilbertson
       Mr. William L. Greene
       Mr. Robert H. Griffith
       Ms. Dawn Hansen
       Mr. David Leonard Hashmall
       Mr. James Kevin Langdon II
       Mr. David R. Marshall
       Mr. Ronald James Moen
       Mr. Dennis Murashko
       Mr. Brian J. Murray
       Mr. Todd Noteboom
       Mr. Timothy M. O'Shea
       Mr. Frank E. Pasquesi
       Mr. Perrin Rynders
       Mr. Richard Sletten
       Mr. Gregory J. Stenmoe
       Mr. Bryan R. Walters
       Ms. Jill M. Wheaton
       Ms. Wendy J. Wildung
       Ms. Andrea K. Zollett

District Court/Agency Case Number(s):   0:09-cv-02203-JMR

**Caption For Case Number:   11-1067**

**Graphic Communications Local 1B Health & Welfare Fund "A"; The Twin Cities Bakery Drivers Health and Welfare Fund, individually and on behalf of all others similarly situated**

       **Plaintiffs - Appellees**

v.

**CVS Caremark Corporation; CVS Pharmacy, Inc.; Caremark, LLC; Caremark Minnesota Specialty Pharmacy, LLC; Caremark Minnesota Specialty Pharmacy Holding, LLC; Kmart Holding Corporation; Sears, Roebuck and Company; Sears Holdings Corporation; Snyder's Drug Stores (2009), Inc.; Snyder's Holdings (2009), Inc.; Target Corporation; Walgreens Co.; Wal-Mart Stores, Inc.; Coborn's, Inc.; Snyder's Holdings, Inc.**

       **Defendants - Appellants**

**Addresses For Case Participants:   11-1067**

Ms. Tina M Tabacchi
JONES & DAY
Suite 3500
77 W. Wacker Drive
Chicago, IL  60601-1692

Mr. Joseph Cassioppi
FREDRIKSON & BYRON
200 S. Sixth Street
4000 Pillsbury Center
Minneapolis, MN  55402-1425

Mr. Craig S Coleman
FAEGRE & BENSON
90 S. Seventh Street
2200 Wells Fargo Center
Minneapolis, MN  55402-3901

Ms. Lorilee K. Fink
300 S. Fourth Street
U.S. Courthouse
Minneapolis, MN  55415-1320

Mr. Todd Grant Gattoni
DYKEMA & GOSSETT
2723 S. State Street
Ann Arbor, MI  48104

Ms. Britt M. Gilbertson
BRIGGS & MORGAN
80 S. Eighth Street
2200 IDS Center
Minneapolis, MN  55402-0000

Mr. William L. Greene
LEONARD & STREET
150 S. Fifth Street
Suite 2300
Minneapolis, MN  55402-0000

Mr. Robert H. Griffith
FOLEY & LARDNER
321 N. Clark Street
Suite 2800
Chicago, IL  60610-4764

Ms. Dawn Hansen
300 S. Fourth Street
U.S. Courthouse
Minneapolis, MN  55415-1320

Mr. David Leonard Hashmall
FELHABER & LARSON
220 S. Sixth Street
2200 Pillsbury Center
Minneapolis, MN  55402-0000

Mr. James Kevin Langdon II
DORSEY & WHITNEY
50 S. Sixth Street
Suite 1500
Minneapolis, MN  55402-1498

Mr. David R. Marshall
FREDRIKSON & BYRON
200 S. Sixth Street
4000 Pillsbury Center
Minneapolis, MN  55402-1425

Mr. Ronald James Moen
146 U.S. Courthouse
316 N. Robert Street
St. Paul, MN  55101-0000

Mr. Dennis Murashko
JONES & DAY
77 W. Wacker Drive
Chicago, IL  60601-1692

Mr. Brian J. Murray
JONES & DAY
Suite 3500
77 W. Wacker Drive
Chicago, IL  60601-1692

Mr. Todd Noteboom
LEONARD & STREET
150 S. Fifth Street
Suite 2300
Minneapolis, MN  55402-0000

Mr. Timothy M. O'Shea
FREDRIKSON & BYRON
200 S. Sixth Street
4000 Pillsbury Center
Minneapolis, MN  55402-1425

Mr. Frank E. Pasquesi
FOLEY & LARDNER
321 N. Clark Street
Suite 2800
Chicago, IL  60610-4764

Mr. Perrin Rynders
VARNUM & RIDDERING
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501-0352

Mr. Richard Sletten
U.S. DISTRICT COURT
District of Minnesota
300 S. Fourth Street
202 U.S. Courthouse
Minneapolis, MN  55415-0000

Mr. Gregory J. Stenmoe
BRIGGS & MORGAN
80 S. Eighth Street
2200 IDS Center
Minneapolis, MN  55402-0000

Mr. Bryan R. Walters
VARNUM & RIDDERING
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501-0352

Ms. Jill M. Wheaton
DYKEMA & GOSSETT
2723 S. State Street
Ann Arbor, MI  48104

Ms. Wendy J. Wildung
FAEGRE & BENSON
90 S. Seventh Street
2200 Wells Fargo Center
Minneapolis, MN  55402-3901

Ms. Andrea K. Zollett
FOLEY & LARDNER
321 N. Clark Street
Suite 2800
Chicago, IL  60610-4764