# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Graphic Communications Local 1B Health & Welfare Fund "A", et al., | Civil No. 09-2203 (RHK/JSM) |
| Plaintiffs, | **DISQUALIFICATION AND ORDER FOR REASSIGNMENT** |
| vs. | |
| CVS Caremark Corporation, et al., | |
| Defendants. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 15, 2011

                                                       s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge