# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-3628
_____

Graphic Communications Local 1B Health & Welfare Fund "A"; The Twin Cities Bakery Drivers Health and Welfare Fund, individually and on behalf of all others similarly situated

Plaintiffs - Appellees

v.

CVS Caremark Corporation; CVS Pharmacy, Inc.; Caremark, LLC; Caremark Minnesota Specialty Pharmacy, LLC; Caremark Minnesota Specialty Pharmacy Holding, LLC; Coborn's, Inc.; Kmart Holding Corporation; Sears, Roebuck and Company; Sears Holdings Corporation; Snyder's Drug Stores (2009), Inc.; Snyder's Holdings (2009), Inc.; Snyder's Holdings, Inc.; Target Corporation; Walgreens Co.; Wal-Mart Stores, Inc.

Defendants - Appellants

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:09-cv-02203-MJD)
_____

## JUDGMENT

The court has carefully reviewed the appellees' motion to dismiss, the response, and the reply, and orders that this appeal be dismissed for lack of jurisdiction.

January 09, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans